**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-6810**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FRANK ARNOLD NESBITT,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Alexandria, T. S. Ellis, III, District Judge. (CR-89-371-A, CA-95-656-A)

Submitted: January 23, 1997       Decided: January 31, 1997

Before RUSSELL, WILKINS, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Frank Arnold Nesbitt, Appellant Pro Se. Justin W. Williams, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying his motion filed under 28 U.S.C. § 2255 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214 and denying his "Motion to Consider." We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Nesbitt, Nos. CR-89-371-A, CA-95-656-A (Oct. 30, 1995; Mar. 12, 1996). We deny Appellant's "Motions to Consider" as moot and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED